

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00047-CV

**HALLMARK SPECIALTY INSURANCE COMPANY**,
Appellant

v.

**MUNDO VERDE IRRIGATION AND LANDSCAPING, INC.**, et al.,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-02472
Honorable David A. Canales, Judge Presiding

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Sandee Bryan Marion, Justice

Delivered and Filed:  May 8, 2013

REVERSED AND REMANDED

The parties, who resolved their dispute in mediation, have filed an agreed motion to set aside the trial court's judgment and to remand the cause to the trial court for the entry of a judgment in accordance with the parties' agreement.  The motion is granted.  *See* TEX. R. APP. P. 42.1(a)(2)(B).  The trial court's judgment is reversed without regard to the merits, and the cause is remanded to the trial court for the rendition of judgment in accordance with the parties' agreement.  *See id*.  Costs of the appeal are taxed against the parties who incurred them.

PER CURIAM